**DISMISS and Opinion Filed March 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00029-CV

**BEVELYN GOODSON, Appellant**
**V.**
**LISA ROBINSON, HAROLD RISER, AND ALL STATE INSURANCE,**
**Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14048**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 10, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 10, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated February 13, 2020, we informed appellant the clerk's record

had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III
ROBERT D. BURNS, III
CHIEF JUSTICE

200029F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

BEVELYN GOODSON, Appellant

No. 05-20-00029-CV        V.

LISA ROBINSON, HAROLD RISER, AND ALL STATE INSURANCE, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-14048. Opinion delivered by Chief Justice Burns. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees LISA ROBINSON, HAROLD RISER, AND ALL STATE INSURANCE recover their costs of this appeal from appellant BEVELYN GOODSON.

Judgment entered March 18, 2020